IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
_____

TAYLOR DIVINE,

       Plaintiff,

vs.                                                                 Case No. 17-cv-8127

VOLUNTEERS OF AMERICA OF ILLINOIS,

       Defendant.
_____

**PLAINTIFF'S MOTION FOR AN ORDER: FINALLY APPROVING CLASS ACTION SETTLEMENT; APPROVING ENHANCEMENT AWARD TO PLAINTIFF; AND AWARDING ATTORNEY'S FEES AND COSTS**
_____

       Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff Taylor Divine by and through her undersigned counsel, individually and on behalf of the class, respectfully files this Motion for Final Approval of the Settlement; Approval of Enhancement Award to Plaintiff, and an Award of Attorney's Fees and Costs.  This Motion is based on the accompanying brief, the Declarations of Michael J. Modl  (Dkt 79) and Sherry L. Lindgren (Dkt 80), and all other records, pleadings and papers on file in this action.  A proposed form of Order is attached.

Dated:  March 12, 2019                                          s/ *Michael J. Modl*
                                                                        Michael J. Modl, *admitted Pro Hac Vice*
                                                                          Justin H. Lessner (Bar No. 6290045)
                                                                          **AXLEY BRYNELSON, LLP**
                                                                          2 E. Mifflin Street, Suite 200
                                                                          Madison, WI 53703
                                                                          Tel:  (608) 257-5661
                                                                          Fax:  (608) 257-5444
                                                                          jlessner@axley.com
                                                                          mmodl@axley.com

<div style="margin-left:40%">

s/ *Paul A. Kinne*
Paul Kinne
**GINGRAS, CATES & WACHS**
8150 Excelsior Drive
Madison, WI 53717
Tel: (608) 833-2632
Fax: (608) 833- 2874
kinne@gcwlawyers.com

Thomas G. Griffin
Kevin O'Neill
**WALKER WILCOX MATOUSEK LLP**
One North Franklin Street, Suite 3200
Chicago, IL 60606-3610
Tel: (312) 244-6785
Fax: (312) 244-6800
tgriffin@wwmlawyers.com
koneill@wwmlawyers.com

*Attorneys for Plaintiff Taylor Divine*

</div>