# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Taylor Divine

                            Plaintiff,

v.                                         Case No.: 1:17–cv–08127
                                                       Honorable Ruben Castillo

Volunteers of America of Illinois, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2019:

      MINUTE entry before the Honorable Ruben Castillo: Plaintiff's motion for an order: finally approving class action settlement; approving enhancement award to plaintiff; and awarding attorney's fees and costs [81] and Plaintiff's fee petition [83] are granted. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.